LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (SBN 127667)
BRIAN H. CHUN (SBN 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC


LAW AND MEDIATION OFFICES OF DAVID C. KING
DAVID C. KING (SBN 114990)
17 Keller Street
Petaluma, CA 94952
Telephone: (707) 762-6385
Facsimile: (707) 778-1086

Attorney for Plaintiff
DOUGLAS AMUNDSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS AMUNDSEN,<br><br>  Plaintiff,<br>vs.<br><br>COMCAST CORPORATION;<br>COMCAST (CC) OF WILLOW GROVE;<br>DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 17-cv-01302-HSG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CASE SCHEDULE**<br><br>Ctrm: Courtroom 2 - 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: February 2, 2017<br>Notice of Removal Filed: March 13, 2017 |

## **STIPULATION AND REQUEST**

Plaintiff Douglas Amundsen ("Plaintiff") and Defendants Comcast Corporation and Comcast Cable Communications Management, LLC ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate as follows:

WHEREAS on June 13, 2017, at the Case Management Conference, the Court set the following case dates: (1) Last day to hear dispositive motions: February 22, 2018 at 2:00 p.m., (2) Pretrial Conference: May 8, 2018 at 3:00 p.m., and (3) Trial: May 21, 2018 at 8:30 a.m.; and

WHEREAS the Court directed the Parties to meet and confer and prepare a proposed schedule incorporating the above dates and including discovery deadlines,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the Court adopt the following case schedule:

(a) Non-expert discovery cutoff: December 22, 2017

(b) Last day to hear dispositive motions: February 22, 2018 at 2:00 p.m.

(c) Expert witness disclosures: March 2, 2018

(d) Rebuttal expert disclosures: March 23, 2018

(e) Expert discovery cutoff: April 20, 2018

(f) Pretrial conference: May 8, 2018 at 3:00 p.m.

(g) Trial: May 21, 2018 at 8:30 a.m.


DATED: June 23, 2017        LAW AND MEDIATION OFFICES OF
                            DAVID C. KING


                            */s/ David C. King*
                            DAVID C. KING
                            Attorney for Plaintiff
                            DOUGLAS AMUNDSEN

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

DATED: June 23, 2017                     LAFAYETTE & KUMAGAI LLP

                                                          */s/ Brian H. Chun*
                                                          BRIAN H. CHUN
                                                          Attorney for Defendants
                                                          COMCAST CORPORATION and COMCAST CABLE
                                                          COMMUNICATIONS MANAGEMENT, LLC

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of David C. King, counsel for Plaintiff, for the filing of this Stipulation and Proposed Order.

                                                          */s/ Brian H. Chun*
                                                         BRIAN H. CHUN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED except July 28, 2017 is the deadline to amend the complaint, and the pretrial conference will be held on May 1, 2018, at 3:00 p.m.

DATED: _____ June 26, 2017     _____
                                                         Haywood S. Gilliam, Jr.
                                                         United States District Judge