1 DAVID C. KING, ESQ., CSB #114990
LAW AND MEDIATION OFFICES
2  OF DAVID C. KING
3 17 Keller Street
Petaluma, California 94952
4 Telephone: (707) 762-6385
Facsimile: (707) 778-1086
5 Email: Dave@Davekinglaw.com

6 Attorney for Plaintiff
DOUGLAS AMUNDSEN
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| DOUGLAS AMUNDSEN<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION;<br>COMCAST (CC) OF WILLOW GROVE;<br>DOES 1 through 20, inclusive.<br><br>    Defendants. | Case No. 4:17-CV-01302<br><br>*Assigned for All Purposes to:*<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2, 4th Floor<br>**STIPULATION AND (PROPOSED) ORDER AMENDING COMPLAINT AND SUBSTITUTING AS DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, IN PLACE OF ERRONEOUSLY NAMED "COMCAST (CC) OF WILLOW GROVE"**<br>_____<br>State Court Action filed: Feb.2, 2017<br><br>**Jury Trial Demanded** |

    In the Notice of Removal and pre-Case Management Conference meet and confer, DEFENDANTS COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC through their counsel represented to PLAINTIFF DOUGLAS AMUNDSEN that PLAINTIFF has erroneously named COMCAST (CC) OF WILLOW GROVE in his complaint as PLAINTIFF'S employer and that the correct name of the entity that employed PLAINTIFF is COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC.

1

**STIPULATION AND (PROPOSED) ORDER AMENDING COMPLAINT (Case no. 4:17-cv-01302-HSG)**

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC has already filed an Answer.

As such, the parties have agreed to stipulate to the amendment of the Complaint and the substitution of COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC as the correct DEFENDANT in the Complaint, in place of the erroneously named COMCAST (CC) OF WILLOW GROVE;

IT IS HEREBY STIPULATED that the Complaint is amended to substitute as a DEFENDANT, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC. in place and instead of COMCAST (CC) OF WILLOW GROVE.

Dated:                                  LAW AND MEDIATION OFFICE OF DAVID C. KING

By /s/ David C. King
DAVID C. KING
Attorney for Plaintiff
DOUGLAS AMUNDSEN

Dated:                                  LAFAYETTE & KUMAGI LLP

By /s/ Brian H. Chung
BRIAN H. CHUN
Attorney for Defendants
COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

### **SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Brian H. Chun, counsel Defendant Comcast Cable Communications Management, LLC, for the filing of this Stipulation and Proposed Order.

/s/ David C. King
David C. King

IT IS SO ORDERED

Dated: 7/5/2017

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.