DAVID C. KING, ESQ., CSB #114990
LAW AND MEDIATION OFFICES
 OF DAVID C. KING
17 Keller Street
Petaluma, California 94952
Telephone: (707) 762-6385
Facsimile: (707) 778-1086
Email: Dave@Davekinglaw.com

Attorney for Plaintiff
DOUGLAS AMUNDSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| DOUGLAS AMUNDSEN<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION;<br>COMCAST (CC) OF WILLOW GROVE;<br>DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 4:17-CV-01302<br><br>*Assigned for All Purposes to:*<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2, 4th Floor<br>**STIPULATION AND (PROPOSED)<br>ORDER RESCHEDULING<br>MEDIATION**<br>_____<br>State Court Action filed: Feb.2, 2017<br><br>**Jury Trial Demanded** |

At the Case Management Conference held before this court on June 13, 2017, the parties were assigned to the US District Court Mediation Program. On June 27, 2017, pursuant to Stipulation between the parties, this court ordered an ADR deadline of October 6, 2017. On July 21, the court assigned the mediation to Victor Schachter.

A mediation telephone conference was held on July 25, 2017, and the parties and Mr. Schachter agreed to mediate the case on October 30, 2017. Mediator Schachter is unavailable from September 11, 2017 through October 10, 2017. Counsel for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC is scheduled for a three week trial beginning October 2, 2017 through October 20, 2017. The parties wish to conduct

**STIPULATION AND (PROPOSED) ORDER RESCHEDULING MEDIATION (Case no. 4:17-cv-01302-HSG)**

limited discovery in advance of the mediation. The parties request an extension of the mediation deadline to October 30, 2017.

    IT IS HEREBY STIPULATED that, for the convenience of all parties and the mediator, the Mediation be held on October 30, 2017.

Dated: July 27, 2017    LAW AND MEDIATION OFFICE OF DAVID C. KING

By. */s/ David C. King*
DAVID C. KING
Attorney for Plaintiff
DOUGLAS AMUNDSEN

Dated: July 27, 2017    LAFAYETTE & KUMAGI LLP

By */s/ Brian H. Chun*
BRIAN H. CHUN
Attorney for Defendants
COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

### **SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Brian H. Chun, counsel for Defendants Comcast Corporation and Comcast Cable Communications Management, LLC for the filing of this Stipulation and Proposed Order

    */s/ David C. King*
David C. King

IT IS SO ORDERED

Dated: 7/31/2017

By *[signature]*
Hon. Haywood S. Gilliam, Jr.