LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (SBN 127667)
BRIAN H. CHUN (SBN 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

LAW AND MEDIATION OFFICES OF DAVID C. KING
DAVID C. KING (SBN 114990)
17 Keller Street
Petaluma, CA 94952
Telephone: (707) 762-6385
Facsimile: (707) 778-1086

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS AMUNDSEN,<br><br>    Plaintiff,<br>vs.<br><br>COMCAST CORPORATION;<br>COMCAST (CC) OF WILLOW GROVE;<br>DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 17-cv-01302-HSG<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Action Filed: February 2, 2017<br>Notice of Removal Filed: March 13, 2017 |

1

STIPULATION OF DISMISSAL (Case No. 17-cv-01302-HSG)

1  IT IS HEREBY STIPULATED by and between Plaintiff Douglas Amundsen and
2  Defendants Comcast Corporation and Comcast Cable Communications Management, LLC
3  through their designated counsel of record that the above-captioned action be and hereby is
4  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party
5  bearing his/its own attorney's fees and costs.

DATED: November 2, 2017

LAW AND MEDIATION OFFICES OF
DAVID C. KING

/s/ David C. King

DAVID C. KING
Attorney for Plaintiff
DOUGLAS AMUNDSEN

DATED: November 16, 2017

LAFAYETTE & KUMAGAI LLP

/s/ Brian H. Chun

BRIAN H. CHUN
Attorney for Defendants
COMCAST CORPORATION and COMCAST CABLE
COMMUNICATIONS MANAGEMENT, LLC